ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CASTILLO,<br><br>     Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>     Defendant. | Civil No. 1:25-cv-01677-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME; ORDER<br><br>(Doc. 14) |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, with this Court's approval, to extend the time by 40 days, from June 3, 2026 to July 13, 2026, for the Commissioner to file his Cross-Motion for Summary Judgment. Plaintiff's optional reply shall be due within 14 days after the filing of the Commissioner's Cross-Motion.

This is the Commissioner's first request for an extension of time for his Cross-Motion. Plaintiff does not oppose the requested extension.

The undersigned counsel for the Commissioner respectfully submits that good cause exists for the requested extension. Due to ongoing staffing reductions and organizational changes, the undersigned counsel for the Commissioner has received many additional cases requiring answers and briefing. The undersigned is also responsible for jurisdictional coordination matters and

handling miscellaneous litigation cases.  The undersigned is also scheduled to be out of the office for eight days at the end of May assisting an aged parent.  For these reasons, counsel for the Commissioner needs additional time in the instant case in order to review the substantial administrative record, consider the issues that Plaintiff has raised, confer with her client as necessary, and prepare the Commissioner's Cross-Motion.

                                          Respectfully submitted,

Dated: May 18, 2026                       PENA AND BROMBERG, PC

                                     By:*/s/ Jonathan Pena*_____
                                          JONATHAN PENA
                                          Attorneys for Plaintiff
                                          [*As authorized by e-mail on May 18, 2026]


Dated: May 18, 2026                       ERIC GRANT
                                          United States Attorney
                                          MATHEW W. PILE
                                          Head of Program Litigation 1
                                          Social Security Administration | Law & Policy

                                     By:   */s/ Margaret Branick-Abilla*_____
                                          MARGARET BRANICK-ABILLA
                                          Special Assistant United States Attorney
                                          Attorneys for Defendant

## **ORDER**

Pursuant to the parties' foregoing stipulation and unopposed motion (Doc. 14),

IT IS ORDERED that the Commissioner's Cross-Motion for Summary Judgment shall be due on **July 13, 2026**, and Plaintiff's optional reply shall be due within 14 days after the filing of the Commissioner's Cross-Motion.

IT IS SO ORDERED.

Dated:   **May 18, 2026**              ____ */s/ Sheila K. Oberto*_____
                                          UNITED STATES MAGISTRATE JUDGE